UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAHMOUD ASCARIE,**<br><br>   Plaintiff**,**<br><br>   vs.<br><br>**KIRK HOFFMAN** and **ERIK JOHNSON,**<br><br>   Defendants**.** | CASE NO. 22-cv-04749-YGR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFF MAHMOUD ASCARIE:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than November 30, 2022, why your claims against defendant Kirk Hoffman should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m).[1]  Failure to timely file a written response shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court will consider referencing this case back to Magistrate Judge DeMarchi once defendant Kirk Hoffman has been properly served and if he consents to proceed before a magistrate judge.